

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00113-CV

Diron Shay **HOLT**,
Appellant

v.

Jenny Lissa **HALE**,
Appellee

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3112CCL
Honorable Sergio J. Gonzalez, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the opinion of the trial court is AFFIRMED.

We ORDER that appellee Jenny Lissa Hale recover her costs of this appeal from appellant Diron Shay Holt.

SIGNED November 12, 2014.

_____
Luz Elena D. Chapa, Justice